MCGREGOR W. SCOTT, CSBN 142413
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY (CBSN 263027)
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8963
Facsimile (415) 744-0134
E-Mail: sharon.lahey@ssa.com

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MICHAEL GRANT MORTON,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>   Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:18-cv-00594-LJO-GSA<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |

    Michael Grant Morton (Plaintiff) and Nancy A. Berryhill, Commissioner of Social Security (Defendant or the Commissioner), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to a 30-day extension of time for Defendant to respond to Plaintiff's Motion for Summary Judgment. The current deadline is January 11, 2019, and the new deadline would be February 11, 2019. Any reply would be due on or before February 25, 2019. This is the first extension of time requested in the above-captioned matter. Defendant requests this additional time because her undersigned attorney will be on leave from the office from January 10, 2019 January 23, 2019 and currently has five dispositive motions due

1  prior to her leave.  She requires additional time to adequately address the issues Plaintiff raises in
2  his motion for summary judgment.  The Parties further stipulate that the Court's Scheduling
3  Order shall be modified accordingly.

Respectfully submitted,

Dated:  January 3, 2019         LAW OFFICES OF STUART T. BARASCH

By:  /s/ *Stuart T. Barasch**
STUART T. BARASCH
Attorney for the Plaintiff
(Authorized as to substance on January 3, 2019).

Attorneys for Plaintiff

Dated:  January 3, 2019         MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

Dated:  **January 4, 2019**                **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE