MCGREGOR W. SCOTT, CSBN 142413
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY, CBSN 263027
Special Assistant United States Attorney
  160 Spear Street, Suite 800
  San Francisco, California 94105
  Telephone: 415-977-8963
  Facsimile: 415-744-0134
  E-mail: Sharon.Lahey@ssa.gov

Attorneys For Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

MICHAEL GRANT MORTON,

    Plaintiff,

    vs.

NANCY A. BERRYHILL, Acting
  Commissioner Of Social Security,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 1:18-CV-00594-LJO-GSA

**STIPULATION AND ORDER FOR
REMAND TO AGENCY PURSUANT
TO 42 U.S.C. SECTION 405(g)
SENTENCE FOUR**

IT IS HEREBY STIPULATED, by and between MICHAEL GRANT MORTON (Plaintiff) and

NANCY A. BERRYHILL, Acting Commissioner Of Social Security (Defendant), through their

respective counsel of record, that this action be remanded for further administrative action pursuant to

section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four. Should

the Appeals Council remand to an administrative law judge, upon remand the administrative law judge

will conduct further proceedings and develop the administrative record as necessary, to determine

whether plaintiff is disabled within the meaning of the Social Security Act, including offering plaintiff a

new hearing, and issuing a new decision. The parties further request that the Clerk of the Court be

directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final

decision of the Commissioner.

Respectfully submitted,

Date: February 15, 2019                    OLINSKY LAW GROUP


                                           By:  /s/ *Stuart T. Barasch**
                                           STUART T. BARASCH
                                           Attorney for the Plaintiff
                                           (*Authorized by e-mail on February 15, 2019)

Date: February 15, 2019                    MCGREGOR W. SCOTT
                                           United States Attorney


                                           By:  /s/ *Sharon Lahey*
                                           SHARON LAHEY
                                           Special Assistant United States Attorney




IT IS SO ORDERED.

    Dated:   **February 19, 2019**              **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE