UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL G. MORTON,<br><br>Petitioner,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Respondent. | No. 1:18-cv-00594-GSA<br><br>**ORDER AWARDING ATTORNEYS' FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)**<br><br>**(Doc. 22)** |

On May 21, 2019, Plaintiff Michael G. Morton filed a Motion for Attorneys' Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Doc. 22. On June 5, 2019, the Commissioner filed a Statement of Non-Opposition. Doc. 23.

In the absence of the Commissioner's opposition, the Court has considered Plaintiff's motion and ands that: (1) Plaintiff is a prevailing party; (2) Plaintiff meets the net worth requirements of 28 U.S.C. § 2412(d)(2)(B); (3) the "position of the United States" was not substantially justified; (4) there are no "special circumstances that make the award unjust under 28 U.S.C. § 2412(d)(1)(A); (5) the requested hourly rate is appropriate; and (6) the hours claimed by Plaintiff's attorneys were reasonably expended.

1

ACCORDINGLY, it is hereby ORDERED that Plaintiff is awarded attorneys' fees under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412(d), in the amount of $6560.12, and expenses in the amount of $16.26, for a total award of $6,576.38. This award is made without prejudice to the rights of Plaintiff's counsel to seek Social Security attorneys' fees pursuant to 42 U.S.C. § 406, subject to the provisions of EAJA.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does *not* owe a federal debt, then the government shall cause the payment of fees and expenses to be made directly to Plaintiff's counsel Stuart T. Barash pursuant to the affirmation and waiver executed by Plaintiff (Doc. 22 at 14). Any payments made shall be delivered to Plaintiff's counsel at counsel's address of record with the Court.

IT IS SO ORDERED.

Dated: **June 10, 2019**                **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE